IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00153-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GERALD P. SMALL, III,
2.     KELLI B. SMALL, a/k/a Kelli S. Burkhalter,
3.     ROBERT E. BICHON,
4.     ROBERT J. SIGG,
5.     CHARLES E. WINNETT, and
6.     CHAD E. HEINRICH,

        Defendants.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT AS TO DEFENDANTS' INTEREST ONLY

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment as to the Defendants' interest only. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to Title 18, United States Code, Section 982;

THAT a Preliminary Order of Forfeiture was entered on October 14, 2005, forfeiting to the United States, all of the defendants' interest in the property described in Attachment A to that Order (the "Subject Property");

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required;

THAT Flagstar Bank and Twentieth Century Mortgage, Inc. have filed the only petitions or claims regarding forfeiture of the Subject Property;

THAT the claims of these parties will be adjudicated in an ancillary proceeding pursuant to Title 21, United States Code, Section 853(n), and Rule 32.2(c) of the Federal Rules of Criminal Procedure;

THAT it further appears there is cause to issue a forfeiture order under Title 18, United States Code, Section 982 and Fed.R.Crim.P. 32.2 as to the defendants' interest;

THAT the United States has released its claim as to the properties located at 100 Valley View Way, Boulder, Colorado, and 591 Breckenridge Drive, Broomfield, Colorado.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the defendants' interest in the Subject Property more particularly described in Exhibit 1 to this Order shall enter in favor of the United States pursuant to Title18, United States Code, Section 982;

THAT the claims of Flagstar Bank, Twentieth Century Mortgage, Inc., or any other third party who files a claim or petition will be heard and decided in the ancillary proceeding;

THAT upon adjudication of all third party interests, including that of Flagstar Bank and Twentieth Century Mortgage, Inc., the United States will file for a Final Order of Forfeiture free from the claims of any other party.

Dated this  3rd  day of    March   , 2006.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK
                                          Chief United States District Judge