**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  04-cr-00153-LTB

UNITED STATES OF AMERICA,
              Plaintiff,

v.

1.      GERALD SMALL,
2.      KELLI B. SMALL, a/k/a Kelli S. Burkhalter,
3.      ROBERT E. BICHON,
4.      ROBERT J. SIGG,
5.      CHARLES E. WINNETT,
6.      CHAD E. HEINRICH,
              Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        Amerifunding's Motion for Return of Property (Doc 425 - filed March 3, 2006) is
DENIED WITHOUT PREJUDICE.




DATED:   March 20, 2006
_____