IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00153-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GERALD P. SMALL, III,
2.     KELLI B. SMALL,
       a/k/a Kelli S. Burkhalter,
3.     ROBERT E. BICHON,
4.     ROBERT J. SIGG,
5.     CHARLES E. WINNETT, and
6.     CHAD E. HEINRICH,

        Defendants.
_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to Title 18, United States Code, Section 982;

THAT a Preliminary Order of Forfeiture was entered on October 14, 2005, forfeiting the defendants' interest in the property described in Exhibit One, attached hereto;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by Title 18, United States Code, Section 982;

THAT pursuant to an agreement by the parties on March 10, 2006, the subject properties shall be forfeited to the United States and the proceeds paid out in accordance with the Restitution Order entered at the sentencing of defendant Gerald Small;

THAT on March 27, 2006, this Court granted JP Morgan Chase Bank's Motion to Withdraw its Petition for Ancillary Hearing;

THAT on March 27, 2006, this Court granted Flagstar Bank's Motion to Withdraw its Petition to Amend Order of Forfeiture;

THAT on April 10, 2006, this Court granted Twentieth Century Mortgage's Notice of Withdrawal of its Petition to Amend Order of Foreclosure [sic];

THAT there are now no third parties claiming an interest in any of the subject properties or otherwise contesting the forfeiture;

THAT it further appears there is cause to issue a forfeiture order under Title 18, United States Code, Section 982.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of all of the properties described in Exhibit One, attached hereto, shall enter in favor of the United States pursuant to Title 18, United

States Code, Section 982, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited properties and may dispose of them in accordance with law and the terms of the parties' Settlement and Disbursement Agreement entered into on March 10, 2006.

Dated this   17th   day of   April  , 2006, at Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
Chief United States District Judge